UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE: BIOGEN INC. : Civil Action
SECURITIES LITIGATION : No. 1:15-cv-13189-FDS
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  **ORAL ARGUMENT REQUESTED**

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4, 78u-5, defendants Biogen Inc., George A. Scangos, Paul J. Clancy, and Stuart A. Kingsley ("Defendants"), hereby move this Court to dismiss the Amended Class Action Complaint (Docket No. 55) with prejudice. The grounds for this motion are set forth in Defendants' memorandum of law and Appendix of Public Records, which are submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this motion. Oral argument is currently scheduled for April 8, 2016 at 2:00 p.m.

## LOCAL RULE 7.1 CERTIFICATION

I, Michael S. Hines, hereby certify that counsel for Defendants has conferred with counsel for Plaintiffs who is expecting this motion based on conferences with counsel and the Court, and the Court's Order concerning the briefing schedule regarding same (Docket No. 48), and consequently, the parties have not been able to resolve or narrow the issues involved in this motion.

Dated: March 1, 2016          /s/ Michael S. Hines
                                      Michael S. Hines

Dated: March 1, 2016
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
michael.hines@skadden.com

Counsel for Defendants
Biogen Inc., George A. Scangos,
Paul J. Clancy, and Stuart A. Kingsley

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 1, 2016.

Dated: March 1, 2016

/s/ Michael S. Hines
Michael S. Hines